

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Andrew Whallon, Dahlia Garcia and Richard Grayshaw **v.** City of Houston

Appellate case number:   01-11-00333-CV

Trial court case number:  0851588

Trial court:             270th District Court of Harris County

Date motion filed:       November 3, 2015

Party filing motion:     Appellant Andrew Whallon

   It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack
     ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle and Lloyd


Date: January 12, 2016